### DIVIDENDS REMITTED TO THE COURT
Check Number 3015 Dated 08/27/10
Case Number 09-38374 - KEYES, MICHAEL A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Toledo Clinic, Inc<br>PO Box 8708<br>Toledo OH 43623 | 000006 | 14.50 | 0.81 |
| | | 14.50 | 0.81 |

---------- Remittance Total --------------

DOUGLAS A. DYMARKOWSKI, Trustee

FILED
2010 AUG 30 PM 3:49
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO